# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NITA EARSLEY AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY; AND MICHAEL BOLINGER, as an individual and as an agent of STATE FARM INSURANCE COMPANY,<br><br>    Defendants. | NO. 2:22-CV-01379-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE |

    This matter comes before the Court on Plaintiff's Motion for Continuance. Dkt. # 19. before this court for decision on July 14, 2023. The Court has considered the materials filed in connection with the motion, the rest of the case file, and the applicable law.

    Plaintiff's briefing does not cite any legal authority to support her request for a trial continuance. Nor does it purport to show "good cause" for the request under Federal Rule of Civil Procedure 16(b)(4) and LCR 16(b)(6).

    Accordingly, the Court DENIES the motion.

ORDER DENYING MOTION FOR CONTINUANCE - 1
(Case No. 2:22-CV-01379-JHC)

Dated this 17th day of July, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER DENYING MOTION FOR CONTINUANCE - 2
(Case No. 2:22-CV-01379-JHC)