HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NITA EARSLEY AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY; AND MICHAEL BOLINGER, as an individual and as an agent of STATE FARM INSURANCE COMPANY,<br><br>    Defendants. | NO. 2:22-CV-01379-JHC<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF DATE TO AUGUST 11, 2023 FOR THE PURPOSE OF CONDUCTING THE DEPOSITION OF DEFENDANT MICHAEL BOLINGER ONLY<br><br>**NOTE ON MOTION CALENDAR:**<br>**(Same Day Motion, July 28, 2023)** |

## ORDER

Based on the Joint Stipulated Motion to Extend Discovery Cut Off by Eleven Days to Conduct Deposition of Defendant Michael Bolinger Only in this matter, IT IS HEREBY

---

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF DATE FOR THE PURPOSE OF CONDUCTING DEFENDANT BOLINGER DEPOSITION ONLY- 1
(Case No. 2:22-CV-01379-JHC)

1070.269/230728PropOrderExtDL.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1  ORDERED that the discovery deadline is extended from July 31, 2023 to August 11, 2023 only
2  for the purpose of conducting the deposition of Michael Bolinger.
3     DATED this 31st day of July, 2023.

_____
THE HONORABLE JOHN H. CHUN
**UNITED STATES DISTRICT JUDGE**

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC


By *s/Scott C. Wakefield*
   Scott C. Wakefield  WSBA #11222
   Noelle Symanski WSBA #57022
   Attorneys for Defendants State Farm Mutual Automobile Insurance Company
   and Michael Bolinger


Copy Received, Approved as to Form;
Notice of Presentation Waived:


By *s/ Karl E. Malling*
   Karl E. Malling, WSBA #7047
   Attorneys for Plaintiff Nita Earsley

Copy Received, Approved as to Form;
Notice of Presentation Waived:


By *s/ Doug W. Tufts*
   Douglas W. Tufts  WSBA #5490
   Attorneys for Plaintiff Nita Earsley

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF DATE FOR THE PURPOSE OF CONDUCTING DEFENDANT BOLINGER DEPOSITION ONLY- 2
(Case No. 2:22-CV-01379-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1070.269/230728PropOrderExtDL.docx