HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NITA EARSLEY AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY; AND MICHAEL BOLINGER, as an individual and as an agent of STATE FARM INSURANCE COMPANY,<br><br>　　　　Defendants. | NO. 2:22-CV-01379-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 10, 2023 (Same Day Motion)** |

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dimissal Pursuant to FRCP 41(a)(1)(A) in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs. The parties shall each bear their own attorney fees and and costs.

//

//

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 1
(Case No. 2:22-CV-01379-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489   FAX (206) 629-2120

1070.269/230801PropOrder.docx

DATED this 11th day of August, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *s/Scott C. Wakefield*_____
   Scott C. Wakefield      WSBA #11222
   Attorneys for Defendants State Farm Mutual Automobile Insurance Company
   and Michael Bolinger

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By __*s/ Karl Malling*_____
   Karl E. Malling   WSBA #7047
   Attorneys for Plaintiff Nita Earsley

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By __*s/ Doug Tufts*_____
   Douglas W. Tufts  WSBA #5490
   Attorneys for Plaintiff Nita Earsley

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 2
(Case No. 2:22-CV-01379-JHC)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1070.269/230801PropOrder.docx